UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

    -v.-                          :   INDICTMENT

JORDAN DESENBERG,                 :   07 Cr.
    a/k/a "Somniaresanguis",      :
    a/k/a "JordanSaintJames",     :
    a/k/a "WithoutMasks",         :
                                      07 CRIM. 401
          Defendant.              :

- - - - - - - - - - - - - - - - X



COUNT ONE

The Grand Jury charges:

From on or about February 2, 2007, up to and including on or about March 21, 2007, in the Southern District of New York and elsewhere, JORDAN DESENBERG, a/k/a "Somniaresanguis," a/k/a "JordanSaintJames," a/k/a "WithoutMasks," the defendant, unlawfully, willfully, and knowingly, did mail, and transport and ship in interstate and foreign commerce child pornography by any means, including by computer, to wit, the defendant sent images consisting of child pornography from his computer in Pennsylvania to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

_____                    _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JORDAN DESENBERG,
a/k/a "Somniaresanguis",
a/k/a "JordanSaintJames",
a/k/a "WithoutMasks",

Defendant.

### INDICTMENT

07 Cr.

(18, U.S.C. § 2252A(a)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

*[handwritten notes: 5/7/07 All Ind. Post 11-1-07 This case is Assigned to Judge Baer for all purposes. Mag Judge Pitman]*

-2-