# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

October 15, 2007

**VIA HAND DELIVERY**

Honorable Harold Baer
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

**Re:  United States v. Jordan Desenberg
        07 Cr. 386 (HB)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

Dear Judge Baer:

I write on behalf of my client Jordan Desenberg, who is scheduled to be sentenced by Your Honor on November 1, 2007. I respectfully request a one-month adjournment of that sentencing date.

I recently was assigned to Mr. Desenberg's case when his previous lawyer left the Federal Defender's office. I need additional time to prepare my sentencing submission. I am in the process of gathering documents that I believe will be helpful to the Court in determining the appropriate sentence. I also am in the process of providing additional information to the Probation Department that I believe is necessary for the completion of the Pre-Sentence Report.

I have spoken with Parvin Moyne, the Assistant United States Attorney assigned to Mr. Desenberg's case, and she has informed me that the government does not object to my adjournment request.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc: Parvin Moyne, Esq. (via facsimile)
    Michelle Bambrick (via facsimile)

*[Handwritten annotation:] While I'm uncertain that you need [illegible] this tiny late adjourn I will for your [illegible] to 11/15/07 adjourn sentence to [illegible] at 10:30*

SO ORDERED:
Harold Baer Jr., U.S.D.J.
Date: 10/22/07

Endorsement:

    While I'm uncertain that you need the time I will for your client's sake adjourn sentence to 11/15/07 at 10:30.