

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA       :

       - v. -                              :

JORDAN DESENBERG,              :

       Defendant                         :

------------------------------------------------------x

07 CR 401 (HB)

ORDER

    It is hereby ORDERED that Kenneth J Lau, LCSW be allowed entrance into the Metropolitan Detention Center, Brooklyn, New York, in order to conduct a psychosexual evaluation of the above defendant.

    SO ORDERED,

Dated: New York, New York
       October 29, 2007

Honorable Harold Baer
Senior U.S. District Judge

NY 201
(Rev.8/99)