UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

TO:      Honorable Harold Baer
            Senior U.S. District Judge

FROM:    Jineen M. Forbes
            Supervising U.S. Probation Officer

                        RE:    Jordan Desenberg
                        Docket No. 07 CR 401 (HB)

Enclosed is a matter from the U.S. Probation Office requesting a decision from Your Honor. Please direct your response along with any attachment to our office at 500 Pearl Street, 7th floor North, so that we may take appropriate action.

Respectfully submitted,

*Jineen M. Forbes*
Jineen M. Forbes
Supervising U.S. Probation Officer
212-805-5152

DATE: October 25, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

NY 201
(Rev 8/99)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO:     HONORABLE HAROLD BAER
        SENIOR U.S. DISTRICT JUDGE

FROM:   MICHELE GREER BAMBRICK    MGB
        SENIOR U.S. PROBATION OFFICER

RE:     JORDAN DESENBERG
        07 CR 401 (HB)

DATE:   October 25, 2007

Reference is made to the above-captioned defendant who pleaded guilty to Distribution of Child Pornography, before Your Honor on July 19, 2007. Sentencing for this matter is presently scheduled for November 15, 2007. Of note, because the defendant was assigned a new attorney we were not able to interview him until October 19, 2007.

Because this offense involved sexual deviancy, we are requesting that the defendant undergo a psychosexual evaluation. The use of psychosexual evaluations to determine the treatment needs of defendants convicted of sex offenses and risk assessment to the community is consistent with the Probation Department's historical reliance on the expertise of mental health professionals. In relation, we believe that a psychosexual evaluation would prove beneficial to Your Honor in fashioning an appropriate sentence.

Accordingly, we are respectfully requesting that Your Honor order that a psychosexual evaluation be performed by Kenneth J Lau, LCSW, and that he be authorized to gain access to the Metropolitan Detention Center. This evaluation is authorized pursuant to 18 USC 3552(c) and payment for it is provided under 18 USC 3672.

If Your Honor grants permission for the evaluation, we would also request a six-week adjournment of sentencing in order to allow for the evaluation to be completed and still comply with the disclosure requirements of Rule 32. Of note, Mr. Lau is scheduled to undergo knee surgery at the end of this month and will not be able to travel to the MDC to interview the defendant until sometime during late November. The Court's clerk has advised that January 3, 2008, is available.



The Government and defense counsel have been advised that we are requesting a psychosexual evaluation and adjournment, and neither party has an objection to these requests.

It is requested that Your Honor indicate the Court's decision as provided below.

Psychosexual evaluation ordered_____✓_____

Psychosexual evaluation not ordered_____

Other_____

Adjournment granted____✓_____ New date and time__January 3, 08 at 11:00AM

Adjournment not granted_____

Other_____

10/24/07
Date

_____
Honorable Harold Baer
Senior U.S. District Judge

cc:   Parvin Moyne, AUSA
      U.S. Attorney's Office

      Peggy Cross, Esq.
      52 Duane Street
      New York, NY, 10007