**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
(212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

December 19, 2007

**VIA HAND DELIVERY**

Honorable Harold Baer
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jordan Desenberg**
         07 Cr. ~~306~~ (HB)
               401

Dear Judge Baer:

    I write on behalf of my client Jordan Desenberg, who is scheduled to be sentenced by Your Honor on January 3, 2008. I respectfully request a one-month adjournment of that sentencing date.

    I have been informed by Michele Greer Bambrick of the Probation Department that the doctor who met with Mr. Desenberg at the request of her office has not yet completed his report. Once his report is complete, she will be able to complete the Presentence Report and the parties will be able to determine whether they believe any further information is necessary to assist the Court in determining the appropriate sentence.

    I have spoken with Parvin Moyne, the Assistant United States Attorney assigned to Mr. Desenberg's case, and she has informed me that the government consents to my adjournment request.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc:   Parvin Moyne, Esq. (via facsimile)
         Michele Bambrick (via facsimile)

[Handwritten note: 12/27/07 adjourned to Feb 7 08 at 10 AM and we will proceed to sentencing on how one or more days present to tell me why Doctors not SO ORDERED Harold Baer USDJ]

[Stamp: RECEIVED DEC 27 2007 HAROLD BAER U.S. DISTRICT JUDGE S.D.N.Y.]

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/27/07]

Endorsement:

  Adjourned to February 7, 2008 ^At 10AM and we will proceed with sentencing or have one or more Doctors present to tell me why not.