ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA         : ORDER PERMITTING A
                                   PSYCHIATRIC EXAMINATION
                                 : TO BE CONDUCTED AT THE
                                   METROPOLITAN DETENTION
           - v -                 : **CENTER, NEW YORK**

JORDAN DESENBERG                 : 07 Cr. 401 (HB)

                    Defendant.   :

------------------------------------X

**WHEREAS,** the above-named defendant, Jordan Desenberg, Register Number 15756 - 067 , is at present confined at the Metropolitan Detention Center, Brooklyn, New York, under the supervision and control of the Warden and the Bureau of Prisons; and

**WHEREAS,** an application has been made by Peggy M. Cross, Assistant Federal Defender with the Federal Defenders of New York, which office has been appointed to represent the defendant, for an order permitting a psychiatric examination, it is hereby

**ORDERED** that the Warden of the Metropolitan Detention Center, New York, or whosoever shall have the supervision and control of the defendant, shall provide a suitable place for a psychiatric examination to be conducted, such place to consist of a private room without distractions or noise, containing a small table and chairs; and it is further

**ORDERED** that, Dr. A. Sasha Bardey, a licensed forensic psychiatrist, and his assistant, Casey Walker, be permitted to

enter said institution for the purpose of conducting the psychiatric examination, on Monday January 28 at 9:00 a.m., and on further occasions thereafter; and it is further

**ORDERED** that Dr. Bardey and Ms. Walker may have access to Mr. Desenberg without Mr. Desenberg's attorney being present; in addition it is further

**ORDERED** that this Order shall remain in effect until further notice from this Court.

Dated:   New York, New York
~~January    , 2008~~
Feb 4, 2008

SO ORDERED:

_____
HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :    **AFFIRMATION IN SUPPORT OF
                                         ORDER PERMITTING
                                         A PSYCHIATRIC EXAM TO
         v                               BE CONDUCTED AT THE
                                    :    MDC-Brooklyn**

Jordan Desenberg                         07 Cr. 401 (HB)

              Defendant.            :

------------------------------------X

   I, PEGGY M. CROSS, ESQ., hereby affirm under penalties of perjury pursuant to 28 U.S.C. § 1746:

   1. I am an Assistant Federal Defender with the Federal Defenders of New York and I am the attorney of record for the defendant, Jordan Desenberg, Reg. No. 15756 - 067 herein. I make this affirmation in support of an application for a psychological expert evaluation for sentencing to be conducted at the Metropolitan Detention Center, Brooklyn, New York on Monday January 28 at 9:00 a.m. and on further occasions thereafter.

   2. A psychological evaluation is necessary to assist counsel in effectively preparing Mr. Desenberg's defense.

   3. Since the defendant is in custody at the Metropolitan Detention Center, and the MDC will permit a psychological expert evaluation with one of its inmates only by court order, this Order is necessary to permit said evaluation.

   **WHEREFORE**, it is respectfully requested that this Court order that the Metropolitan Detention Center permit a

psychological expert evaluation with the defendant on Monday January 28, 2008, and on further occasions thereafter.

Dated:   New York, New York
         January 23, 2008

_____
**Peggy M. Cross**
Attorney for **Jordan Desenberg**

- 2 -