UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :         **ORDER**
                                    :
   Jordan Desenberg                 :         _07 Cr 401 (HB)_
                                    :            Docket #
                                    :
------------------------------------x

_Harold Baer Jr._, DISTRICT JUDGE:
     Judge's Name

THE ~~C.J.A.~~ _Federal Defender_ attorney assigned to this case

_Peggy Cross_ is hereby ordered substituted and
     Attorney's Name

the representation of the defendant in the above captioned matter

is assigned to _Seth Farber_
               Attorney's Name

                              SO ORDERED.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-08
```

                              _[signature] 4/11/08_
                              _____
                              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       4/11/08

                              Seth C. Farber

                              DEWEY & LEBOEUF

                              Dewey & LeBoeuf LLP
                              1301 Avenue of the Americas
                              New York, NY 10019-6092
                              tel +1 212 259 7227
                              fax +1 212 259 6333
                              sfarber@dl.com