```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

          07 CR 401-01 (HB)

- against -

          ORDER

JORDAN DESENBERG,

        Defendant

------------------------------------------------------x

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kenneth J. Lau, in the amount of $1,600, for professional services in connection with the above captioned case.


    SO ORDERED,

Dated: New York, New York
       May ⌐, 2008

                              _____
                              Honorable Harold Baer Jr.
                              Senior U.S. District Judge