UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
         vs.                        :      07 Cr. 401 (HB)
                                    :
JORDAN DESENBERG,                   :
                                    :
              Defendant.            :
                                    :
------------------------------------X

**DECLARATION OF LISA M. CARD IN SUPPORT OF THE PRE-SENTENCE MEMORANDUM ON BEHALF OF DEFENDANT JORDAN DESENBERG**

Seth C. Farber
Lisa M. Card
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for Defendant
Jordan Desenberg*

I, LISA M. CARD, declare as follows:

1. I am an attorney licensed to practice law in the state of New York and before this Court and am an associate at Dewey & LeBoeuf LLP, counsel for Defendant Jordan Desenberg in this action. I submit this declaration in support of the Pre-Sentence Memorandum on Behalf of Defendant Jordan Desenberg for the limited purpose of setting forth documentation referred to in the accompanying Pre-Sentence Memorandum.

2. Attached hereto as Exhibit A is a true and correct copy of a Forensic-Psychiatric Evaluation of Jordan Desenberg, prepared by Alexander Sasha Bardey, M.D., dated March 17, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of Adult Sexual Offender Evaluation, Psycho-Sexual Assessment of Jordan Desenberg, prepared by Kenneth J. Lau, LCSW, dated January 18, 2008.

4. Attached hereto as Exhibit C is the Affirmation of Peggy M. Cross, Esq., dated June 4, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of Letter to the Court from Carol Ober.

6. Attached hereto as Exhibit E is a true and correct copy of Letter to the Court from Jaclyn Miller-Correa.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
        June 5, 2008

_____
Lisa M. Card